# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY T. CRIADO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-5150-AWI-SMS-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 31-32) |

　　Plaintiff Jerry T. Criado ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 5, 2005, defendants filed a motion for summary judgment. More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).

　　Accordingly, within **thirty (30) days** from the date of service of this order, plaintiff shall file a response to defendants' motion for summary judgment. If plaintiff fails to file a response to the motion in compliance with this order, the court will recommend that this action be dismissed for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:　October 11, 2005**　　　　　　/s/ Sandra M. Snyder
icido3　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1