# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY T. CRIADO,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-CV-5150-AWI-SMS-P<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 34)<br><br>ORDER STRIKING DUPLICATIVE MOTION<br><br>(Doc. 35) |

      Plaintiff Jerry T. Criado ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 7, 2005, plaintiff filed a motion seeking an extension of time to file a response to defendants' motion for summary judgment. On November 8, 2005, a second motion for an extension of time, duplicative of the first motion, was filed.

      Good cause having been shown, plaintiff's motion for an extension of time is HEREBY GRANTED, and plaintiff shall file a response to defendants' motion for summary judgment within **thirty (30) days** from the date of service of this order. (Doc. 34.) The duplicative motion, filed November 8, 2005, is HEREBY STRICKEN FROM THE RECORD. (Doc. 35.)

IT IS SO ORDERED.

**Dated:**   **November 28, 2005**            /s/ Sandra M. Snyder
i0d3h8                                       UNITED STATES MAGISTRATE JUDGE