# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY T. CRIADO, | CASE NO. 1:04-CV-5150-AWI-SMS-P |
| Plaintiff, | ORDER NOTIFYING PLAINTIFF HIS OPPOSITION WAS INCOMPLETE AND DIRECTING PLAINTIFF TO RE-FILE COMPLETE OPPOSITION WITHIN TWENTY DAYS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | (Doc. 37) |
| Defendants. | ORDER DIRECTING DEFENDANTS' COUNSEL TO NOTIFY PLAINTIFF IF SERVED COPY WAS INCOMPLETE |
| _____/ | |

Plaintiff Jerry T. Criado ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on August 5, 2005. After obtaining an extension of time, plaintiff filed an opposition on January 11, 2006. However, the opposition consisted of only nine pages and is clearly incomplete, as it contains no signature page and the ninth page ends mid-sentence. Plaintiff shall re-file his complete opposition within thirty days. If defendants' counsel did not receive a complete copy, counsel shall notify plaintiff directly and request re-service of a complete copy.

Accordingly, it is HEREBY ORDERED that:

1.    Within **twenty (20) days** from the date of service of this order, plaintiff shall re-file a complete opposition with the court;[1] and

---

[1] **Effective January 17, 2006, the court's new address is 2500 Tulare Street, Room 1501, Fresno, California, 93721. Plaintiff shall mail his complete opposition to this address to avoid any mail delay.**

2.    If defendants' counsel was not served with a complete copy of the opposition, counsel shall notify plaintiff directly within **eleven (11) days** from the date of service of this order and plaintiff shall re-serve counsel with a complete copy.

IT IS SO ORDERED.

**Dated:    January 17, 2006**                              /s/ Sandra M. Snyder
icido3                                   UNITED STATES MAGISTRATE JUDGE