# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY T. CRIADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-5150-AWI-SMS-P<br><br>ORDER DIRECTING CLERK'S OFFICE TO MAKE COMPLETE PLAINTIFF'S OPPOSITION FILED ON JANUARY 11, 2006, BY SCANNING SECOND HALF OF OPPOSITION RECEIVED ON JANUARY 25, 2006<br><br>(Doc. 37)<br><br>ORDER VACATING ORDER OF JANUARY 17, 2006<br><br>(Doc. 38) |

　　　　On January 11, 2006, plaintiff filed an opposition to defendants' motion for summary judgment. The opposition was incomplete, consisting of only the first nine pages. On January 17, 2006, the court issued an order directing plaintiff to file a complete opposition within twenty days. On January 25, 2006, the Clerk's Office received the second half of plaintiff's opposition.

　　　　The Clerk's Office is HEREBY DIRECTED to attach the second half of the opposition received on January 25, 2006, to the first half of the opposition filed on January 11, 2006, and re-scan the entire opposition so that docket entry number thirty-seven is a complete record of plaintiff's opposition.

///

///

///

1

1    In light of the issuance of this order, the court's order of January 17, 2006, directing plaintiff
2 to file a complete opposition is HEREBY VACATED.

4 IT IS SO ORDERED.

5 **Dated:     January 27, 2006               /s/ Sandra M. Snyder**
　　i0d3h8                                    UNITED STATES MAGISTRATE JUDGE