# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY T. CRIADO,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT<br>OF CORRECTIONS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:04-CV-5150-AWI-SMS-P<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO SECOND SCHEDULING ORDER AND NOTIFY COURT WHETHER THEY CONSENT TO OR DECLINE MAGISTRATE JUDGE JURISDICTION<br><br>(Doc. 41) |

On March 28, 2006, the Magistrate Judge assigned to this case issued the Second Scheduling Order, which in relevant part required defendants to notify the Court within thirty days whether they consent to or decline Magistrate Judge jurisdiction. More than thirty days have passed and defendants have not responded.

Within **fifteen (15) days** from the date of service of this order, defendants shall comply with the Court's order of March 28, 2006, requiring them to notify the Court whether they consent to or decline Magistrate Judge jurisdiction. If defendants' counsel needs more than fifteen days within which to consult with his clients, counsel shall so notify the Court and the Court will extend the deadline.

IT IS SO ORDERED.

**Dated:     May 12, 2006**                           **/s/ Anthony W. Ishii**
0m8i78                                                                    UNITED STATES DISTRICT JUDGE

1