UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY THOMAS CRIADO, | 1:04-CV-5150-AWI-SMS-P |
| Plaintiff, | |
| vs. | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JERRY THOMAS CRIADO, WITNESS FOR PLAINTIFF** |
| CALIFORNIA DEPARTMENT CORRECTIONS, et al., | |
| Defendants. | Jerry Thomas Criado, CDC # H-11516 |

Plaintiff, **JERRY THOMAS CRIADO**, inmate CDC# H-11516, a necessary and material witness on his own behalf in proceedings in this case on August 15, 2006, is confined at Mule Creek State Prison, 4001 Highway 104, Ione, California 95640, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 8th Floor, Courtroom #2, United States Courthouse, 2500 Tulare Street, Fresno, California on August 15, 2006, at 8:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

**Dated:   July 17, 2006**          /s/ Sandra M. Snyder
i0d3h8                              UNITED STATES MAGISTRATE JUDGE