IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY T. CRIADO,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants | 1:04 CV 5150 AWI SMS P<br><br>ORDER MOVING TRIAL DATE TO SEPTEMBER 12, 2006 |

    Plaintiff, an inmate in the custody of the California Department of Corrections, brings this civil rights action against correctional officials for violations of his civil rights. Trial in this action had been set for August 15, 2006. Because of the unavailability of the court, the court finds it necessary to move trial in this action to September 12, 2006, at 8:30 p.m.

    Accordingly, the trial currently set for August 15, 2006 is VACATED. Trial in this action is re-set for September 12, 2006, at 8:30 p.m. All other dates remain the same.

IT IS SO ORDERED.

Dated:   August 2, 2006            /s/ Anthony W. Ishii
9h0d30                                        UNITED STATES DISTRICT JUDGE