UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY THOMAS CRIADO,       )<br>                            )<br>     Plaintiff,           )<br>                            )<br>                            )<br>     v.                     )<br>                            )<br>CALIFORNIA DEPARTMENT OF )<br>CORRECTIONS, et al.,        )<br>                            )<br>     Defendants.          )<br>_____) | 1:04-CV-05150-AWI-SMS-P<br><br>ORDER VACATING JULY 17, 2006 ORDER<br>AND WRIT OF HABEAS CORPUS AD<br>TESTIFICANDUM AS TO JERRY THOMAS<br>CRIADO<br><br>(DOCUMENT #57)<br><br><u>As to Jerry Thomas Criado, #H-11516</u> |

   Plaintiff Jerry Thomas Criado ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

   On July 17, 2006, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff, commanding the Warden of Mule Creek State Prison to produce California prisoner Jerry Thomas Criado #H-11516 at this court on August 15, 2006, to testify at trial in this action.

   On August 2, 2006, the trial was continued from August 15, 2006, to September 12, 2006. By separate orders, the court shall continue the trial date and issue a new Writ of Habeas Corpus ad Testificandum. Accordingly, due to continuance of the trial, IT IS ORDERED that the

1  court's order of July 17, 2006, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the
2  Writ of Habeas Corpus ad Testificandum issued on July 17, 2006, commanding the production of
3  inmate Jerry Thomas Criado, BE VACATED.
4  IT IS SO ORDERED.
5  **Dated:   August 2, 2006**                          **/s/ Anthony W. Ishii**
   9h0d30                                               UNITED STATES DISTRICT JUDGE