IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY T. CRIADO,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF<br> CORRECTIONS, et al.,<br><br>        Defendants | 1:04 CV 5150 AWI SMS P<br><br>ORDER VACATING<br>SEPTEMBER 12, 2006 TRIAL<br>DATE |

        Plaintiff brings this civil rights action against correctional officials for violations of his civil rights.  Trial in this action had been set for September 12, 2006.  The court finds it necessary to move this trial due to another, lower number case, also needing to go to trial on this date.  Because of the court's limited openings for trial and the schedules of the parties and counsel, the court sets an October 2, 2006 telephonic hearing to address a new date for trial.

        In addition, a review of the record reveals that Defendants' motions in limine may significantly impact the evidence the parties present at trial.   However, a review of the record also reveals that Plaintiff has not filed an opposition to Defendants' motions in limine.  At the October 2, 2006 hearing, the court will discuss with the parties the possibility of ruling on Defendants' motions prior to trial.

Accordingly, the court ORDERS that:

1. The trial currently set for September 12, 2006 is VACATED;
2. The transportation writ ordering the attendance of Plaintiff at trial on September 12, 2006 is VACATED;
3. A Telephonic Hearing is set for October 2, 2006 at 3:30 p.m. to determine a new trial date and to address the possibility of addressing Defendants' motions in limine prior to trial;
4. The Clerk of the Court is DIRECTED to fax a copy of this order to the Litigation Coordinator at Plaintiff's place of incarceration.   The Litigation Coordinator is REQUESTED to prove a copy of this order to Plaintiff as soon as possible.

IT IS SO ORDERED.

**Dated:     September 6, 2006**              /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE