# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY T. CRIADO,<br><br>            Plaintiff,<br><br>      v.<br><br>CALIFORNIA DEPARTMENT OF<br>    CORRECTIONS, et al.,<br><br>            Defendants | 1:04 CV 5150  AWI SMS P<br><br>ORDER SETTING STATUS<br>CONFERENCE AND HEARING<br>ON MOTIONS IN LIMINE FOR<br>NOVEMBER 20, 2006 |

Plaintiff, an inmate in the custody of the California Department of Corrections, brings this civil rights action against correctional officials for violations of his civil rights.   The court vacated the trial date because of the unavailability of the court.   A status conference was set for November 6, 2006 for the court to resolve pending motions in limine and set a new trial date. However, the court was unable to conduct the November 6, 2006 conference because of the court's criminal calendar.

Accordingly, the status conference and motion in limine conference is HEREBY SET for November 20, 2006 at 3:30 p.m.   Counsel for Defendants is DIRECTED to arrange for telephone contact with Plaintiff, and shall initiate the conference call to (559) 499-5669.  At the telephonic hearing, the court will rule on the motions in limine, set a trial date, and address any remaining pretrial matters.

IT IS SO ORDERED.

**Dated:   November 15, 2006**              /s/ Anthony W. Ishii
0m8i78                                                 UNITED STATES DISTRICT JUDGE