IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY T. CRIADO,              )<br>                                             )<br>            Plaintiff,              )<br>     v.                                  )<br>                                             )<br>CALIFORNIA DEPARTMENT OF )<br>   CORRECTIONS, et al.,          )<br>                                             )<br>            Defendants           )<br>_____) | 1:04 CV 5150  AWI SMS P<br><br>ORDER REGARDING<br> STIPULATION FOR<br>VOLUNTARY DISMISSAL<br><br>ORDER VACATING JANUARY 22,<br>2006 STATUS CONFERENCE |

On December 1, 2006, the parties filed a stipulation for voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

1986).  Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); <u>Eitel</u>, 782 F.2d at 1473 n.4.   Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated.

      Therefore, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is DIRECTED to close this case in light of Plaintiff's filed and properly signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice;

2.  The January 22, 2007 status conference is vacated; and

3.  All pending motions and hearing dates are VACATED.

IT IS SO ORDERED.

Dated:    **December 6, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE